IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J DUANE SPENCER,

    Plaintiff,

v.

JOSEPH L. SOMMERS, ANN SAYLES, STUART A. SCHWARTZ, DAVID KNOLL, CHRISTOPHER DUREN, PAUL NESSON JR, TIMOTHY DAVID EDWARDS, JENNIFER HARPER, GREGORY DUTCH, STAN KAUFMAN, JAY LAUFENBERG, MARY JONES, FRANK EARL RADCLIFF, ROY U. SCHENK, CINDY S. GEOFFREY, MELISSA HARNESS, JOHN RADOVAN, ROSA I AGUILU, BRIAN BLANCHARD, GARY H. HAMBLIN, JOHN PIER ROEMER, KAREN KRUGGER, MARIANNE SIMPSON, ANA M. BOATWRIGHT, TAMMY J. SIME, MS BURNS, MS RICHARDSON, RANDALL HEPP, NANCEY GANTHER, CAPT. KANNANBERG, CAPT GUARCEAU,
MR JAEGER, MS TEGELS, C.O. KRATKY, SANDY K. MAGUIR-PETKE, C.O. RYBUCK, MS RICK, TERRY L. SHUK, C.O. CORBIN, DAWON JONES, JAMES ISAACSON, ROY LA BARTON GAY, D.O. WATSON, TODD E. MEURER, PEGGY L. NICHOLES, STACEY A. BIRCH, BRENDA L. PETERSON, SHEILA D. PATTEN, DOCTOR HANNULA, MR SWEENEY and DEPARTMENT OF CORRECTIONS

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-288-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

Judgment in a Civil Case                                                                                           Page 2

## IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice.

_____          _____
Peter Oppeneer, Clerk of Court                    7/30/10
                                                                Date